AO 109 (Rev. 12/09) Warrant to Seize Property Subject to Forfeiture

# UNITED STATES DISTRICT COURT
для the
District of Columbia

| | |
|---|---|
| In the Matter of the Seizure of<br>*(Briefly describe the property to be seized)*<br>ALL PETROLEUM-PRODUCT CARGO ABOARD<br>THE M/T PEGAS WITH INTERNATIONAL<br>MARITIME ORGANIZATION NUMBER 9256860 | Case No. 22-sz-11 |

## WARRANT TO SEIZE PROPERTY SUBJECT TO FORFEITURE

To:    Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests that certain property located in the  jurisdiction of the    District of    Columbia    be seized as being subject to forfeiture to the United States of America. The property is described as follows:
ALL PETROLEUM-PRODUCT CARGO ABOARD THE M/T PEGAS WITH INTERNATIONAL MARITIME ORGANIZATION NUMBER 9256860

AS FURTHER DESCRIBED IN THE AFFIDAVIT
I find that the affidavit(s) and any recorded testimony establish probable cause to seize the property.

**YOU ARE COMMANDED** to execute this warrant and seize the property on or before     04/29/2022
*(not to exceed 14 days)*

☐ in the daytime – 6:00 a.m. to 10:00 p.m.     ☑ at any time in the day or night, as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must also give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

An officer present during the execution of the warrant must prepare, as required by law, an inventory of any property seized and the officer executing the warrant must promptly return this warrant and a copy of the inventory to United States Magistrate Judge     G. Michael Harvey     .
*(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*   ☐ for _____ days *(not to exceed 30)*.

☐ until, the facts justifying, the later specific date of _____.

Date and time issued:   04/15/2022

G. Michael Harvey
Digitally signed by G. Michael Harvey
Date: 2022.04.15 18:12:06 -04'00'
*Judge's signature*

City and state:   District of Columbia

G. Michael Harvey, United States Magistrate Judge
*Printed name and title*

AO 109 (Rev. 12/09) Warrant to Seize Property Subject to Forfeiture (Page 2)

| Return | | |
|---|---|---|
| Case No.: 22-sz-11 | Date and time warrant executed: April 29, 2022 5 pm | Copy of warrant and inventory left with: George Balopoulos |
| Inventory made in the presence of: Final barrel count pending offloading | | |
| Inventory of the property taken: | | |

Served through Custodian George Balopoulos Laurio Shipping Agency

Inventory is pending offloading, but expected to be 778,436 barrels of petroleum. Inventory will be taken when vessel arrives in United States. Offloading will be monitored and confirmed by representatives of the US Justice Department.

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 04/29/2022

*Executing officer's signature*

Cindy R Burnham, Special Agent
*Printed name and title*